|     |                                |                      |
| --- | ------------------------------ | -------------------- |
|     | UNITED STATES DISTRICT COURT   |                      |
|     | NORTHERN DISTRICT OF CALIFORNIA |                     |

AUGUSTIN MENDEZ AND TERESA MENDEZ, )
        Plaintiff(s), )
     v. )
EMC MORTGAGE CORP., et al., )
        Defendant(s). )

No. C09-5961 BZ

**ORDER OF DISMISSAL**

Following a motion by a number of defendants to dismiss plaintiffs' complaint, plaintiffs filed a statement of non-opposition to portions of the motion and then promptly filed a first amended complaint. It appears to the Court that plaintiffs had a right to amend as a matter of course under Rule 15(a)(1). The first amended complaint recites that plaintiffs are unable to establish federal jurisdiction. Lacking subject matter jurisdiction, **IT IS HEREBY ORDERED** that this complaint is dismissed without prejudice. The hearing

///

///

1

presently scheduled for March 17, 2010 is **VACATED**.

Dated: March 12, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MENDEZ V. EMC MORTGAGE\ORDER OF DISMISSAL.FINAL RULING.wpd