UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN MENDEZ AND TERESA MENDEZ,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>EMC MORTGAGE CORP., et al.,<br><br>　　　　Defendant(s). | No. C09-5961 BZ<br><br>**ORDER OF DISMISSAL** |

　　　Following a motion by a number of defendants to dismiss plaintiffs' complaint, plaintiffs filed a statement of non-opposition to portions of the motion and then promptly filed a first amended complaint. It appears to the Court that plaintiffs had a right to amend as a matter of course under Rule 15(a)(1). The first amended complaint recites that plaintiffs are unable to establish federal jurisdiction. Lacking subject matter jurisdiction, **IT IS HEREBY ORDERED** that this complaint is dismissed without prejudice. The hearing

///

///

1

1 | presently scheduled for March 17, 2010 is **VACATED**.

2 | Dated: March 12, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MENDEZ V. EMC MORTGAGE\ORDER OF DISMISSAL.FINAL RULING.wpd

2